# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

September 20, 2021

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

---

**Defendant's request to adjourn the telephone conference scheduled for September 22, 2021 (ECF No. 35) is GRANTED. The telephone conference is adjourned to Wednesday, October 13, 2021 at 2:00 pm. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.**

**The Clerk of Court is respectfully directed to close ECF No. 35.**

**SO ORDERED    9/21/2021**

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

Re:   **Vuppala v. Ling Skincare Ltd. et al**
      Case No. 1:21-cv-03602-PGG-SLC
      Letter Motion to Adjourn Conference

Dear Judge Cave:

This office represents Defendant Ling, LTD. ("Defendant") in the above-referenced matter. With consent of plaintiff, we write to request an adjournment of the conference currently scheduled for September 22, 2021, pursuant to Rule I(E) of this Court's Individual Practices. We propose October 13 or October 15 as alternative dates. This is the first time for Defendant to request an adjournment of conference with the Court.

The impetus for the instant application is that the undersigned has a conflict on that date due to previously arranged depositions.

We appreciate the Court's time and continued attention to this matter.

Respectfully Submitted,
Hang & Associates, PLLC