UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

           Plaintiff,

-v-

LING, LTD and ESHANOLLAH BOKHOUR,

           Defendants.

CIVIL ACTION NO.: 21 Civ. 3602 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the parties' request for a briefing schedule for the anticipated motion to dismiss (the "Motion to Dismiss") by Defendant Ling, Ltd. ("Ling") and for Plaintiff's anticipated motion for sanctions under Fed. R. Civ. P. 11 (the "Rule 11 Motion"). (ECF No. 32). Per the parties' requests at the telephone conference held today, October 13, 2021, the Court orders as follows:

1. By **October 20, 2021**, Ling shall provide Plaintiff with the cover page of the lease governing the subject premises;

2. By **October 27, 2021**, Plaintiff shall file his second amended complaint (the "SAC");

3. By **December 3, 2021**, Ling shall answer, move, or otherwise respond to the SAC;

4. If Ling files a Motion to Dismiss, then:

    a. By **December 17, 2021**, Plaintiff shall serve his Rule 11 Motion;

    b. By **January 18, 2022**, Ling shall withdraw the Motion to Dismiss or serve a response to the Rule 11 Motion;

    c. By **February 8, 2022**, Plaintiff shall file his opposition to the Motion to Dismiss;

    d. By **March 1, 2022**, Ling shall file its reply, if any, in further support of the Motion to Dismiss; and

e. By **March 8, 2022**, Plaintiff shall serve its reply, if any, and file all papers relating to the Rule 11 Motion.

By separate order, the Court will refer the parties to the Court-annexed Mediation Program.

Dated:   New York, New York
         October 13, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**