UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA

                Plaintiff,

-v-

LING, LTD., CYNTHIA SHAYANI, LYNN MITRANI, and ESHANOLLAH BOKHOUR,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3602 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

On January 18, 2022, the Court granted attorney Ge Qu's motion for Hang & Associates PLLC to withdraw as counsel for Defendant Ling, Ltd. ("Ling"). (ECF No. 45 (the "January 18 Order")). The Court advised Ling that, by law, corporations cannot proceed pro se, and ordered that new counsel for Ling shall file a notice of appearance by February 17, 2022. (Id.) The Court warned Ling that failure to retain counsel in accordance with the January 18 Order may lead to entry of a certificate of default and a default judgment. (Id.) To date, new counsel has not appeared, and Ling has not requested an extension of time to comply with the January 18 Order or otherwise communicated with the Court.

Accordingly, Plaintiff is hereby ORDERED to request a Certificate of Default as to Ling from the Clerk of Court by **March 16, 2022** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **March 30, 2022**.

Dated:    New York, New York
             March 9, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**