UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                        Plaintiff,

        -v-

LING, LTD and ASH II LLC,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 3602 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Ash II LLC ("Ash") having filed an answer (ECF No. 84) to the Third Amended Complaint (ECF No. 52 (the "TAC")) and Defendant Ling, Ltd. (Ling") having failed to respond to the TAC or otherwise appear, the Court orders as follows:

1. By **March 13, 2023**, Plaintiff shall request from the Clerk of Court a certificate of default as to Ling.

2. Plaintiff and Ash shall promptly meet and confer and, by **March 20, 2023**, file a joint letter proposing a schedule for the completion of discovery and advising whether the parties wish for the Court to conduct a settlement conference.

Dated:      New York, New York
            March 6, 2023

                            SO ORDERED.

                            _____
                            SARAH L. CAVE
                            **United States Magistrate Judge**